UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:                                           Case No. 21-20057-DOB

TOBY LAVILLE AGNEW,                  Chapter 13

                 Debtor.                          Honorable Daniel S. Opperman
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor failed to file an income tax return for tax period(s) 2017 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case. Debtor is required to submit the following documents with the return(s):

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I.**    **SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
Collections Division
Cadillac Place, Suite 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Katherine C. Kerwin
**OR**
Via email: kerwink@michigan.gov

1

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

**II.    IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040
IRS WEBSITE:  www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ Katherine C. Kerwin*
Katherine C. Kerwin (P73070)
Assistant Attorney General
Cadillac Place, Ste. 10-200 3030 W. Grand Blvd.
Detroit, MI  48202
Telephone: (313) 456-0140
E-mail: kerwink@michigan.gov

Dated: February 03, 2021