UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

IN RE:
Toby LaVille Agnew                Bankruptcy Case No. 21-20057
                                  Chapter 13
                                  Honorable Daniel Opperman


_____ Debtors/


**CERTIFICATE OF COMPLIANCE OF SUBMISSION OF EMPLOYEE INCOME RECORDS**


I hereby certify that on February 8, 2021, I served by electronic mail the debtors' income records upon:

1.  Jenny@mcdonald13.org

                                        _/s/ Christi Griffis_____
                                        Christi Griffis an employee of
                                        Reinert & Reinert
                                        3434 Davenport
                                        Saginaw, MI 48602
                                        Telephone (989) 799-8860
                                        Facsimile (989) 799-8861
                                        ecf@mcreinert.com