Form ntcclmdbtr

111 First Street
Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **21−20057−dob**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Toby LaVille Agnew
   aka Toby Laville Agnew Sr.
   830 South 14th Street
   Saginaw, MI 48601

Social Security No.:
   xxx−xx−9378

Employer's Tax I.D. No.:

## NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 04/16/21 a claim was filed by the Debtor/Trustee on behalf of Michigan Department of Treasury in the amount of $ 472.99 .

Dated: 4/19/21

                BY THE COURT

                Todd M. Stickle , Clerk of Court
                UNITED STATES BANKRUPTCY COURT